{¶ 17} Of course, a person who drives drunk is reckless, so one crime cannot be committed without committing the other. But even if that were not so, a defendant cannot be doubly punished.
 {¶ 18} Four people were killed by Hundley's criminal conduct. Nowhere this side of Oz can that amount to eight counts of homicide.
 {¶ 19} The only citations necessary are these: (1) "No person shall be twice put in jeopardy for the same offense,"[20] and (2) "nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb."[21] The Double Jeopardy Clauses prohibit multiple punishments for the same conduct. Here the punishment *Page 8 
is exactly double — eight punishments for four homicides. There could not be a clearer double jeopardy violation. Cases such as this — which defy logic — cause normal people to wonder at the machinations of the law.
 {¶ 20} I concur in the balance of the decision.
[20] Section 10, Article I, Ohio Constitution.
[21] Fifth Amendment, United States Constitution. *Page 1